THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Gary M. Piper, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
Thomas W. Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2010-UP-013
Submitted January 4, 2010  Filed January 21, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia,
 for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Harold W. Gowdy, III, of Spartanburg, for
 Respondent.
 
 
 

PER
 CURIAM:  Appellant, Gary M. Piper,
 was indicted for murder, pointing and presenting a firearm, failure to stop a
 motor vehicle when signaled by an officer, and two counts of attempted armed
 robbery.  During a jury trial on the charges, Piper pled guilty to the failure
 to stop charge and was thereafter convicted of the remaining charges.  The
 trial court sentenced Piper to concurrent sentences of forty-five years for
 murder, five years for pointing and presenting a firearm, five years for
 failure to stop, and twenty years on each of the armed robbery charges.  Pipers counsel attached to the brief a
 petition to be relieved as counsel, stating that he had reviewed the record and
 concluded this appeal lacks merit.  Piper did not file a separate pro se brief.  After a thorough review of the record pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HUFF, A.C.J., GEATHERS,
 J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.